# Exhibit 1

# Exhibit 1

**F0108**
**Fee: $**



**Michael Watson**
SECRETARY OF STATE

**2026207228**

Business ID: 1475929
Filed: 03/18/2026 03:42 PM
Michael Watson
Secretary of State

P.O. BOX 136
JACKSON, MS 39205-0136
TELEPHONE: (601) 359-1633

## 2026  LLC Annual Report

## Business Information

*Business ID:* 1475929

*State of Incorporation:* MS

*Phone:* (***)***-****

*FEIN:* **-*******

*Business Name:* Massie Road Development, L.L.C.

*Business Email:* fcarroll@statestreetgroup.com

*Principal Address:* 200 N Congress St, P.O. Box 13925, Jackson, MS 39236
Jackson, MS 39201

## Registered Agent

*Name:* Justin Peterson

*Address:* 200 N Congress, Suite 600
Jackson, MS 39201

## Managers and Members

## Managers

| *Name:* | *Address:* |
| --- | --- |
| Justin Peterson<br>*Manager* | P.O. Box 13925<br>Jackson, MS 39236 |

## Officers

| *Title/Name:* | *Address:* | *Director:* |
| --- | --- | --- |
| **President:** | | ☐ |
| **Vice President:** | | ☐ |
| **Secretary:** | | ☐ |
| **Treasurer:** | | ☐ |

☐   This LLC has a written Operating Agreement.

## NAICS Code/Nature of Business

531120 - Lessors of Nonresidential Buildings (except Miniwarehouses)

## Signature

By entering my name in the space provided, I certify that I am authorized to file this document on behalf of this entity, have examined the document and, to the best of my knowledge and belief, it is true, correct and complete as of this day *03/18/2026*.

*Name:*

Justin Peterson
*Manager*

*Address:*

P.O. Box 13925
Jackson, MS 39236

## Officers List

| *Name:* | *Address:* |
|---|---|
| Justin Peterson | P.O. Box 13925 |
| *Manager* | Jackson, MS 39236 |