# Exhibit 2

# Exhibit 2

# CHASSEUR REALTY INVESTORS, LLC: W15788029

| | |
|---|---|
| Department ID Number: | W15788029 |
| Business Name: | CHASSEUR REALTY INVESTORS, LLC |
| Principal Office: ⓘ | #302<br>9539 QUAIL HOLLOW DRIVE<br>SAINT MICHAELS MD 21663 |
| Resident Agent: ⓘ | ROBERT M. DOMINY, JR.<br>#302<br>9539 QUAIL HOLLOW DRIVE<br>SAINT MICHAELS MD 21663 |
| Status: | ACTIVE |
| Good Standing: | THIS BUSINESS IS **NOT IN GOOD STANDING** |
| Reason(s) Entity is NOT in Good Standing: | Annual Report Due For 2026<br>Annual Report Due For 2025 |
| Business Type: | DOMESTIC LLC |
| Business Code: | 20 ENTITIES OTHER THAN CORPORATIONS |
| Date of Formation/ Registration: | 04/01/2014 |
| State of Formation: | MD |
| Stock Status: | N/A |
| Close Status: | N/A |