# Exhibit 3

# Exhibit 3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance** with D.N.J. LBR. 9004-1(b)

Vivian M. Arias, Esq.
Holland & Knight LLP
787 Seventh Avenue, 31st Floor
New York, NY  10019
Phone: 212.751.3171
Facsimile: 212.880.3290
Email: vivian.arias@hklaw.com

*Attorneys for Wilmington Trust, National Association as Trustee on Behalf of the Registered Holders of Benchmark 2021-B31 Mortgage Trust, Commercial Mortgage Pass-Through Certificates, Series 2021-B31 Certificates  and the Uncertificated VRR Interest Holders*

| | |
|---|---|
| In re:<br><br>CHASSEUR REALTY INVESTORS-JACKSON, LLC,<br><br>         Debtor. | Case No. 26-17694-jnp<br><br>Chapter: 11<br><br>Judge: Jerrold N. Poslusny, Jr. |

### DECLARATION OF MIRANDA P. WHEELER IN SUPPORT OF
### <u>EXPEDITED MOTION FOR RECONSIDERATION</u>

I, MIRANDA P. WHEELER, hereby declares pursuant to 28 U.S.C. § 1746 as follows:

1.  I am an associate of the law firm of Holland & Knight, LLP with an office at 4675 MacArthur Court, Ste. 900, Newport Beach, CA 92660. I have personal knowledge of the facts set forth herein.

2.  I respectfully submit this Declaration in support of Wilmington Trust, National Association, as Trustee, on behalf of the Registered Holders of Benchmark 2021-B31 Mortgage Trust, Commercial Mortgage Pass-Through Certificates, Series 2021-B31 and the Uncertificated VRR Interest Owners' ("Wilmington Trust") Expedited Motion for reconsideration in the above-captioned bankruptcy case.

3.  At approximately noon on July 15, 2026, I called the Courtroom Deputy for Judge Poslusny and left a voicemail message, stating the Secured Noteholder's intent to oppose the

11

#541661644_v1 527548.00363

Application for Shortened Notice and noting that the Secured Noteholder would be filing an objection to the Application for Shortened Notice later that day.

4.      Shortly after I left a voicemail message with the Courtroom Deputy, the Court issued an order granting the Debtor's Application for Shortened Notice.

I declare under the penalty of perjury that the foregoing statements are true and correct.

Dated: July 15, 2026

_____
Miranda P. Wheeler

12

#541661644_v1 527548.00363