UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Vivan M. Arias
Holland & Knight LLP
787 Seventh Avenue, 31st Floor
New York, NY  10019
Phone: 212.751.3171
Facsimile: 212.880.3290
Email: Vivan.arias@hklaw.com

*Attorneys for Wilmington Trust, National Association, as Trustee,
on behalf of the Registered Holders of Benchmark 2021-B31
Mortgage Trust, Commercial Mortgage Pass-Through Certificates,
Series 2021-B31 and the Uncertificated VRR Interest Owners*

| In Re: | | |
|---|---|---|
| | Case No.: | 26:17694-JNP |
| Chasseur Realty Investors-Jackson, LLC | Chapter: | 11 |
| Debtor. | Hearing Date: | |
| | Judge: | Jerrold N. Poslusny Jr. |

**ORDER**
**GRANTING EXPEDITED MOTION FOR RECONSIDERATION**

The relief set forth on the following pages, numbered two (2) through __two (2)__, is **ORDERED**.

The Court having considered the moving papers of the Expedited Motion for Reconsideration Regarding the Court's Order Granting the Debtor's Application for an Order Shortening Time; and the Court having reviewed the moving papers of the movant, and good cause having been shown; it is

ORDERED that the Court hereby grants the Expedited Motion for Reconsideration Regarding the Court's Order Granting the Debtor's Application for an Order Shortening Time [Dkt. No. 16]; and

ORDERED that the Court hereby vacates its Order Granting the Debtor's Application for an Order Shortening Time [Dkt No. 15].

2

#541661644_v1 527548.00363