UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Vivian M. Arias
Holland & Knight LLP
787 Seventh Avenue, 31st Floor
New York, NY 10019
Phone: 212.751.3325
Facsimile: 212.880.3290
Email: Vivian.Arias@hklaw.com

Attorneys for Wilmington Trust, National
Association, as Trustee, on behalf of the ⊞

In Re:

Chasseur Realty Investors-Jackson, LLC,

Debtor.

| | |
|---|---|
| Case No.: | 26-17694-JNP |
| Chapter: | 11 |
| Adv. No.: | |
| Hearing Date: | |
| Judge: | Jerrold N. Poslusny Jr. ⊞ |

## CERTIFICATION OF SERVICE

1.  I, _____Bruce J. Zabarauskas_____ :

     ☒ represent __Wilmington Trust, N.A. as Trustee⊞__ in this matter.

     ☐ am the secretary/paralegal for _____, who represents

     _____ in this matter.

     ☐ am the _____ in this case and am representing myself.

2.  On _____July 15, 2026_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

     EXPEDITED MOTION FOR RECONSIDERATION REGARDING THE COURT'S ORDER GRANTING THE DEBTOR'S APPLICATION FOR AN ORDER SHORTENING TIME [DKT NO. 15]

3.  I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _July 15, 2026_

_____
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jeffrey M. Sponder<br>Office of U.S. Trustee<br>One Newark Center<br>Newark, NJ 07102<br>(also served via email) | US Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Edmond M. George<br>Obermayer Rebmann Maxwell & Hippel<br>Centre Square West<br>1500 Market Street, Suite 3400<br>Philadelphia, PA 19102<br>(also served via email) | Debtor's Counsel | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*