UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Andrea M. Roberts
Holland & Knight LLP
787 Seventh Avenue, 31st Floor
New York, NY  10019
Phone: 212.513.3373
Facsimile: 212.880.3290
Email: andrea.roberts@hklaw.com

*Attorneys for Wilmington Trust, National Association, as Trustee, on behalf of the Registered Holders of Benchmark 2021-B31 Mortgage Trust, Commercial Mortgage Pass-Through Certificates, Series 2021-B31 and the Uncertificated VRR Interest Owners*

In re:

    Chasseur Realty Investors-Jackson, LLC,

       Debtor.

Case No. 26-17694-JNP

Chapter: 11

Judge: Jerrold N. Poslusny, Jr.

## APPLICATION FOR ADMISSION OF
## BRUCE J. ZABARAUSKAS PRO HAC VICE

The undersigned hereby seeks an Order granting the admission pro hac vice of Bruce J. Zabarauskas of the law firm of Holland and Knight LLP to practice before this Court in connection with the above-captioned proceeding. This application (the "Application") is submitted pursuant to D.N.J. LBR 9010-1(b). Unless requested by other parties, no oral argument is requested. A proposed form of Order is submitted with the Application. In support of the Application, the undersigned hereby represents as follows:

1.     I am a Senior Counsel at the law firm Holland & Knight LLP, counsel for Wilmington Trust, National Association, as Trustee, on behalf of the Registered Holders of Benchmark 2021-B31 Mortgage Trust, Commercial Mortgage Pass-Through Certificates, Series 2021-B31 and the Uncertificated VRR Interest Owners (the "Secured Noteholder") in this bankruptcy. Holland &

1

Knight LLP maintains an office at 787 Seventh Avenue, 31st Floor, New York, NY 10019.

2.      I am a member in good standing of the Bars for the States of New Jersey and New York, and I am also admitted to the following courts:

- U.S. District Court for the District of New Jersey
- U.S. Bankruptcy Court for the District of New Jersey
- U.S. District Court for the Southern District of New York
- U.S. District Court for the Eastern District of New York
- U.S. District Court for the Western District of New York
- U.S. District Court for the Northern District of New York
- U.S. Bankruptcy Court for the Southern District of New York
- U.S. Bankruptcy Court for the Eastern District of New York
- U.S. Bankruptcy Court for the Northern District of New York
- U.S. Bankruptcy Court for the Western District of New York
- U.S. Court of Appeals for the Second Circuit
- U.S. Court of Appeals for the Third Circuit

3.      I submit this Application pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court, District of New Jersey (the "Local Bankruptcy Rules") for the pro hac vice admission of Bruce J. Zabarauskas to this Court.

4.      Mr. Zabarauskas is an attorney with the law firm of Holland & Knight, LLP, which maintains an address of 4675 MacArthur Court, Ste. 900, Newport Beach, CA 92660.

5.      Attached is a declaration of Mr. Zabarauskas in which he certifies that he is and has been a member in good standing of the bar of the State of New York, Texas and California, actively practices in each of those jurisdictions, and is also admitted to the following courts:

- U.S. Supreme Court
- U.S. Court of Appeals for the Fifth Circuit
- U.S. Court of Appeals for the Ninth Circuit
- U.S. Court of Appeals for the Second Circuit
- U.S. Court of Appeals for the Sixth Circuit
- U.S. Court of Appeals for the Third Circuit
- U.S. District Court for the Central District of California
- U.S. District Court for the Eastern District of California
- U.S. District Court for the Eastern District of Michigan
- U.S. District Court for the Eastern District of New York
- U.S. District Court for the Eastern District of Texas
- U.S. District Court for the Northern District of California

- U.S. District Court for the Northern District of New York
- U.S. District Court for the Northern District of Texas
- U.S. District Court for the Southern District of California
- U.S. District Court for the Southern District of New York
- U.S. District Court for the Southern District of Texas
- U.S. District Court for the Western District of New York
- U.S. District Court for the Western District of Texas

6. Mr. Zabarauskas is familiar with the circumstances surrounding the above captioned proceeding and applicable law, and his presence will serve the best interests of the Secured Noteholder.

7. I and others from my firm appearing in this matter on behalf of the Secured Noteholder shall comply with the Local Bankruptcy Rules. I, or another attorney licensed to practice in this Court, will continue to file papers, enter appearances, sign stipulations on behalf of the Secured Noteholder and otherwise be responsible for this matter.

8. All notices, orders and pleadings may be served upon me at the offices of Holland & Knight LLP, Attn: Andrea M. Roberts at 787 Seventh Avenue, 31st Floor, New York, NY 10019.

**WHEREFORE**, pursuant to the rules of this Court, it is respectfully requested that this Court approve the pro hac vice admission of Bruce J. Zabarauskas for the reasons set forth in his Declaration and enter the Proposed Order submitted herewith.

Dated: July 16, 2026

Respectfully submitted,

By:   _/s/ Andrea M. Roberts_
Andrea M. Roberts
New Jersey State Bar No. 012672008
Telephone: 212.751.3325
E-Mail: andrea.roberts@hklaw.com
HOLLAND & KNIGHT LLP
787 Seventh Avenue, 31st Floor
New York, NY 10019

*Attorneys for Wilmington Trust, National
Association, as Trustee, on behalf of the Registered
Holders of Benchmark 2021-B31 Mortgage Trust,
Commercial Mortgage Pass-Through Certificates,*

3

*Series 2021-B31 and the Uncertificated VRR Interest Owners*