Form 177 − fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 26−17694−JNP
Chapter: 11
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Chasseur Realty Investors−Jackson, LLC
dba Fondren Hill Apartments, dba Fondren
Hill Apartments
1445 Georgian Drive
Moorestown, NJ 08057

Social Security No.:

Employer's Tax I.D. No.:
83−4714391

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: August 20, 2026

Jerrold N. Poslusny Jr.
Judge, United States Bankruptcy Court